IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>   Plaintiff,<br> v.<br><br>MEXICO MEDICAL SPECIALISTS, L.C.<br>600 Medical Park Drive<br>Mexico, Missouri 65265,<br><br>   Defendant. | CIVIL ACTION NO.:<br><br>1:07-CV-334-MEF |

## COMPLAINT

The plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company ("ASD" or "OSC"), by and through its counsel, hereby brings this complaint against the defendant, Mexico Medical Specialists, L.C. ("Mexico Medical"), and in support hereof, avers as follows:

### THE PARTIES

1. ASD is a California corporation with its principal place of business in Texas. ASD operates under various trade names including Oncology Supply Company, which maintains a place of business at 2801 Horace Shepard Drive, Dothan, Alabama 36303.

2. Upon information and belief, Mexico Medical is a limited liability company organized and existing pursuant to the laws of the State of Missouri, with a principal place of business at 600 Medical Park Drive, Mexico, Missouri 65265.

1561674

## JURISDICION AND VENUE

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a) because (a) the plaintiff is a citizen of the State of California; (b) the defendant is a citizen of the State of Missouri; and (c) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. The defendant is subject to personal jurisdiction in this judicial district because, inter alia, the defendant has consented to jurisdiction in Alabama.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because, inter alia, a substantial part of the events or omissions giving rise to the claims in this action occurred in this judicial district, and the defendant has consented to being sued in this judicial district.

## BACKGROUND

6. OSC is a supplier of medical and pharmaceutical products.

7. At all times relevant hereto, and as set forth more fully below, Mexico Medical (a) solicited business with, (b) negotiated with, (c) had products shipped by, (d) communicated with, (e) submitted documents to, and (f) contracted with OSD in Dothan, Alabama.

8. At various times and at Mexico Medical's request, OSC sold and delivered to Mexico Medical pharmaceutical and other products (or the "Goods") on open account and pursuant to a written Application for New Account (the "Agreement"), signed January 25, 1999, a copy of which is attached hereto, incorporated herein and marked Exhibit "A."

9. Despite demand, Mexico Medical has failed to make payment for certain Goods that it purchased from OSC.

10. As a result of Mexico Medical's defaults, all sums owed by Mexico Medical to OSC are immediately due and payable in full.

11. As of January 31, 2007, the outstanding obligation due to OSC from Mexico Medical exceeded $165,487.87, plus interest, late charges, and attorneys' fees and costs, as set forth in the Agreement.

12. Pursuant to the terms of the Agreement, OSC is also entitled to collect interest on this principal amount at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice.

## COUNT I
## BREACH OF CONTRACT
## OSC v. MEXICO MEDICAL

13. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

14. OSC has complied with its contractual obligations by supplying the Goods to Mexico Medical, and invoicing Mexico Medical for payment.

15. Despite the fact that OSC sent invoices to Mexico Medical and demanded payment for the Goods supplied, Mexico Medical failed and refused, and continues to fail and refuse, to make payment to OSC in accordance with its obligations under the Agreement or otherwise.

16. Accordingly, Mexico Medical has materially breached the terms of the contract between it and OSC.

17. As a result of this material breach of contract by Mexico Medical, OSC has been damaged in an amount in excess of $165,487.87.

WHEREFORE, ASD d/b/a OSC respectfully requests the entry of a judgment in its favor and against Mexico Medical in an amount in excess of $165,487.87, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

## COUNT II
## BREACH OF ACCOUNT STATED
## OSC v. MEXICO MEDICAL

18. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

19. Beginning in 1999, OSC had an ongoing business relationship with Mexico Medical pursuant to which OSC sold Goods to Mexico Medical, and Mexico Medical paid for such goods in accordance with the terms of various statements of account sent from OSC to Mexico Medical.

20. OSC invoiced Mexico Medical in a timely fashion for the Goods detailed above, which Goods were shipped to Mexico Medical at Mexico Medical's request.

21. Mexico Medical had an opportunity to review the relevant invoices and raise any objections regarding the accuracy of the information contained therein including, among other things, the amount stated as due.

22. Mexico Medical has never objected to the amounts set forth in OSC's invoices.

23. Despite repeated demand, Mexico Medical has failed to pay OSC the total amounts due as invoiced. A balance remains due.

24. As a direct and proximate result of Mexico Medical's failure to pay its accounts as stated, OSC has been damaged in excess of $165,487.87.

WHEREFORE, ASD d/b/a OSC respectfully requests the entry of a judgment in its favor and against Mexico Medical in an amount in excess of $165,487.87, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

### COUNT III
### UNJUST ENRICHMENT
### OSC v. MEXICO MEDICAL
### (ALTERNATICE COUNT)

25. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

26. OSC conferred a benefit upon Mexico Medical, to which Mexico Medical was not entitled, by providing Mexico Medical with the Goods.

27. Despite repeated demand, Mexico Medical has refused to return the Goods and/or to pay for them.

28. By accepting delivery of the Goods supplied by OSC, retaining them, and not paying OSC for them, Mexico Medical has been unjustly enriched at OSC's expense, in an amount in excess of $165,487.87, thereby damaging OSC.

WHEREFORE, ASD d/b/a OSC respectfully requests the entry of a judgment in its favor and against Mexico Medical in an amount in excess of $165,487.87, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

Respectfully submitted,

_____
Elizabeth B. Shirley
Attorney for Plaintiff

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
email: bshirley@burr.com

**TO BE SERVED VIA CERTIFIED MAIL on counsel for Defendant, who has agreed to accept service on behalf of Defendant:**

Louis J. Leonatti
Leonatti & Baker
123East Jackson Street
Mexico, MO 65265-0758
Telephone: 573-581-2211

# EXHIBIT A

01-25-99  15:09    MEXICO MED SPECIALISTS           ID=5735815397           P.02

# ONCOLOGY SUPPLY COMPANY
POST OFFICE BOX 2001 . DOTHAN, AL 36302 . Tel: (800) 633-7555 . Fax: (800) 248-8205

## APPLICATION FOR NEW ACCOUNT

The following is an application for credit with ONCOLOGY SUPPLY COMPANY. Also known as creditor within the general provisions of this application.

### 1. COMPANY INFORMATION

| Tax ID Number | Firm or Corp. Name |
|---|---|
| 43-1747697 | Mexico Medical Specialists, L.C. |

| Street Address |
|---|
| 600 Medical Park Dr. |

| P.O. Box | City | State | Zip |
|---|---|---|---|
|  | Mexico | MO | 65265 |

| Telephone Number | Fax Number | Year Established |
|---|---|---|
| 573-581-8500 | 573-581-5397 | 1996 |

| Is business incorporated? | If so, under laws of what state? |
|---|---|
| Yes L.C. | Missouri |

Billing Address (if different from above):

| City | State | Zip | Phone No. | Fax No. |
|---|---|---|---|---|
|  |  |  |  |  |

| Parent Company | Street Address |
|---|---|
| T.M.W., L.C. | 600 Medical Park Dr |

| P.O. Box | City | State | Zip |
|---|---|---|---|
|  | Mexico | MO | 65265 |

| Full Names of Officers, Partners and/or Proprietors: | Title |
|---|---|
| N. Eugene Thomas, D.O. | Managing Partner |
| Shahid Waheed, M.D. | Partner |
| Mary E Mullen, M.D. | Partner |

Does your firm use purchase order numbers? Yes ☐  No ☑
Is your business a member of a GPO? Yes ☐  No ☑  If so, which GPO? _____

PLEASE FORWARD A COPY OF YOUR CURRENT PHYSICIAN STATE LICENSE AND YOUR CURRENT DEA REGISTRATION. COPIES MAY BE FAXED. FAILURE TO DO SO COULD DELAY SHIPPING OF ANY PENDING ORDERS. State Physicians' License #: MD103168    Exp. Date: 1-31-2000
DEA Form #: BW2917308    Exp. Date: 5-31-2000

### 2. BANK REFERENCES

| Bank Name | Account # | Contact |
|---|---|---|
| First National Bank | ████8376 | Mike Bunge |
| Address | City | State | Zip | Phone |
| 205 E Liberty | Mexico | MO | 65265 | 573-581-2381 |

| Bank Name | Account # | Contact |
|---|---|---|
| First National Bank | 017795 | Mike Bunge |
| Address | City | State | Zip | Phone |
| 203 E Liberty | Mexico | MO | 65265 | 573-581-2381 |

01-25-99  15:09   MEXICO MED SPECIALISTS              ID=5735815397            P.03

## 3. CREDIT REFERENCES

| Company Name | OTN | Contact | | | |
|---|---|---|---|---|---|
| Address | | City | State | Zip | Phone |
| Company Name | | Contact | | | |
| Address | | City | State | Zip | Phone |

A copy of our terms and policies has been included for your signature. Please review, sign, and return the acknowledgment page along with this application.

### GENERAL PROVISIONS

This application and the information contained herein is a request for the extension of credit for commercial business use only and applicant certifies that the firm he represents is doing business as a Corporation ( ) Partnership ( ) or Sole Proprietorship ( ). Please check one. The applicant authorizes the above named creditor to obtain written or oral credit reports from any credit reporting agency. The applicant further authorizes any bank or commercial business with whom the applicant is doing or has done any business with to give any and all necessary information to the creditor which will assist creditor in the credit investigation. The applicant further authorizes the creditor to reinvestigate the applicants' credit status from time to time as the creditor deems necessary and should creditor upon such reinvestigation deem it necessary to limit or terminate the credit arrangement with applicant, said applicant shall be notified in writing as to any adverse action. Upon approval of this application for credit, said applicant will be notified in writing along with the creditor's terms of sale and should applicant at some future time deviate from the creditor's terms of sale, said creditor reserves the right to terminate future extension of credit with applicant.

If credit is extended, I (we) agree to pay Creditor all debts incurred within creditor's terms of sale.
I (we) expressly waive all right of exemption under the constitution and laws of the State of Alabama and any other state, as to personal property and I (we) agree to pay all costs of collection or attempting to collect or secure any and all debts which I (we) now owe or which I (we) may in the future owe creditor for goods sold to me (us) or for services rendered including a reasonable attorney's fee on the unpaid debt so long as any of said indebtedness is due and unpaid, and I consent and agree to the jurisdiction of the laws of the State of Alabama governing the collection of any and all debts. I also agree to pay a FINANCE CHARGE OF 1.5% PERCENT PER MONTH(ANNUAL PERCENTAGE OF 18%) on any unpaid past due balance. Creditor is hereby authorized to deliver goods or perform services for the following at my (our) request and charge same to my (our) account and this shall continue until written notice to the contrary is given and accepted, which acceptance shall be evidenced by signature of creditor.

Applicant's Signature: _Diane Hayden_     Title: _Practice Manager_
Applicant's Signature: _____     Title: _____

Please indicate the estimated monthly purchases from Oncology Supply Company (This will help us to determine the credit amount) $50,000.

Witness my (our) hand(s) this the 25 day of January, 1999.
Witness: _Courtney Wills_      Date: 1-25-99

ALL OF THE ABOVE INFORMATION IS FOR FILE PURPOSES ONLY AND WILL BE HELD IN STRICTEST CONFIDENCE.

For Office Use Only
Credit Limit: 75K
Date Approved: 1-25-99
Approved By: _[signature]_

2

01-25-99  15:09   MEXICO MED SPECIALISTS        ID=5735815397           P.04

### CONTRACT INFORMATION

If you have signed a contract with one of the following groups, we ask that you contact your representative at the number listed below and request that your contract be forwarded to Oncology Supply Company so we may service your account promptly and efficiently. It is important that we have your contract as soon as possible so we may be sure and have the correct pricing in our system for your account.

If you have one of the following contracts, please indicate in the boxes below.

- ☒ Amgen — Contact Alison Windrum   1-800-926-4369 ext. 74494
- ☐ Glaxo — Contact your representative or 1-800-445-2964
- ☐ Immunex — Contact Lisa Addicott   1-800-466-8639
- ☐ SKB — Contact your representative
- ☐ Other: Please list the contract(s) below and call your representative:

_____

_____

_____

_____

Thank you and welcome to Oncology Supply Company!

4