IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a<br>ONCOLOGY SUPPLY COMPANY<br>2801 Horace Shepard Drive,<br>Dothan, Alabama 36303,<br><br>    Plaintiff,<br>v.<br><br>MEXICO MEDICAL SPECIALISTS, L.C.<br>600 Medical Park Drive<br>Mexico, Missouri 65265,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.:<br>)<br>) 1:07-CV-334-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ASD SPECIALTY HEALTHCARE, INC., D/B/A/ ONCOLOGY SUPPLY COMPANY

**COMES NOW** plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, by and through its counsel, and states that:

1. Pursuant to Fed. R. Civ. P. 7.1, the only publicly held corporation that owns more than 10% of plaintiff's stock is AmerisourceBergen Corporation.

2. In accordance with the Order of this Court, the following disclosure is made concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: AmerisourceBergen Corporation.

               Respectfully submitted,

               _____
               Elizabeth B. Shirley
               Attorney for Plaintiff

1561675

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
email: bshirley@burr.com


**TO BE SERVED VIA CERTIFIED MAIL on counsel for Defendant, who has agreed to accept service on behalf of Defendant:**

Louis J. Leonatti
Leonatti & Baker
123East Jackson Street
Mexico, MO 65265-0758
Telephone: 573-581-2211