IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MEXICO MEDICAL SPECIALISTS, L.C.,<br><br>Defendant. | Civil Action No: 1:07-CV-334-MEF |

## MOTION TO MAKE MORE DEFINITE AND CERTAIN, AND, IN THE ALTERNATIVE, TO TRANSFER VENUE, AND SUGGESTIONS IN SUPPORT THEREOF

Defendant Mexico Medical Specialists, L.C. ("MMS") hereby moves the Court, pursuant to Fed. R. Civ. P. 12(e), to order Plaintiff to make a more definite and certain statement of its claims against MMS, so that MMS may frame its responsive pleadings thereto, and, in the alternative, to transfer this case to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. § 1404(a). As grounds for its motions, MMS states as follows:

1. Plaintiff's complaint (the "Complaint"), and all counts therein, are premised upon an Application for New Account (credit account application), which was appended to the Complaint as Exhibit A. A true and correct copy of this Application for New Account, as attached to the Complaint and served upon MMS, is attached to this Motion and incorporated herein by reference.

2. MMS has been unable to locate an original copy of this Application for New Account in its files. The copy served upon MMS, which is attached to this Motion, is largely illegible, and cannot be deciphered enough for MMS to know whether the allegations in Plaintiff's Complaint are true. Without reviewing a legible copy of this Application for New Account, MMS cannot frame its responsive pleadings to the Complaint.

3. MMS requested a more legible copy from Plaintiff's counsel, but, to date, has not been provided the same. The best copy received, which is also attached to this motion at Exhibit B, and incorporated herein by reference, while better than the copy attached to the Complaint, still cannot be fully deciphered by counsel for MMS.

4. The Plaintiff should be required to make a more definite and certain statement of its claims by providing a copy of the Application for New Account that is clear enough to be read by MMS, and its counsel.

5. Additionally, and in the alternative, venue should be transferred to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses, and because transfer would best serve the interests of justice. It appears to MMS, to the extent that MMS can decipher the Application for New Account, that there was no consent to venue in the state or federal courts of Alabama.

6. The grounds of this motion further are set forth in Memorandum in Support of Defendant's Motion to Make More Definite and Certain, and, in the Alternative, to Transfer Venue, which is incorporated herein by reference.

WHEREFORE, defendant Mexico Medical Specialists, L.C. prays the Court enter its order requiring Plaintiff to make a more definite and certain statement of its claims, transferring venue to the United States District Court for the Eastern District of Missouri, awarding it the costs of this action, including reasonable attorney's fees, and granting such other relief as the Court may deem just and proper.

RAMSEY, BAXLEY & McDOUGLE

By: /s/ *Wade H. Baxley*
    Wade H. Baxley, AL Bar No. 00021271
    **Ramsey, Baxley & McDougle**
    Attorney for Defendant
    P.O. Drawer 1486
    Dothan, Alabama 36302
    334-793-6550
    334-793-1433 (Facsimile)
    whb@rbmlaw.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of May, 2007, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of said filing will be served electronically on the following:

Elizabeth B. Shirley
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
bshirley@burr.com

/s/ *Wade H. Baxley*
Of Counsel

01-25-99  15:09  MEXICO MED SPECIALISTS                ID=5735815397          P.02

# ONCOLOGY SUPPLY COMPANY
POST OFFICE BOX 2001, DOTHAN, AL 36302, Tel: (800) 633-7555, Fax: (800) 248-3205

## APPLICATION FOR NEW ACCOUNT

The following is an application for credit with ONCOLOGY SUPPLY COMPANY. Also known as creditor within the general provisions of this application.

### 1. COMPANY INFORMATION

| Tax ID Number | Firm or Corp. Name |
|---|---|
| 43-1747697 | Mexico Medical Specialists, L.C. |

| Street Address |
|---|
| 600 Medical Park Dr. |

| P.O. Box | City | State | Zip |
|---|---|---|---|
|  | Mexico | MO | 65265 |

| Telephone Number | Fax Number | Year Established |
|---|---|---|
| 573-581-8500 | 573-581-5397 | 1996 |

| Is business incorporated? | If so, under laws of what state? |
|---|---|
| Yes L.C. | Missouri |

Billing Address (if different from above):

| City | State | Zip | Phone No. | Fax No. |
|---|---|---|---|---|

| Parent Company | Street Address |
|---|---|
| T.M.W., L.C. | 600 Medical Park Dr |

| P.O. Box | City | State | Zip |
|---|---|---|---|
|  | Mexico | MO | 65265 |

| Full Names of Officers, Partners and/or Proprietors | Title |
|---|---|
| N. Eugene Thomas, D.O. | Managing Partner |
| Shahid Waheed, M.D. | Partner |
| Mary E Mullen, M.D. | Partner |

Does your firm use purchase order numbers? Yes ☐ No ☒
Is your business a member of a GPO? Yes ☐ No ☒  If so, which GPO? _____

PLEASE FORWARD A COPY OF YOUR CURRENT PHYSICIAN STATE LICENSE AND YOUR CURRENT DEA REGISTRATION. COPIES MAY BE FAXED. FAILURE TO DO SO COULD DELAY SHIPPING OF ANY PENDING ORDERS. State Physicians' License #: MD103168  Exp. Date: 1.31.2000
DEA Form #: BW2917308   Exp. Date: 5.31.2000

### 2. BANK REFERENCES

| Bank Name | Account # | Contact |
|---|---|---|
| First National Bank | ▮▮▮8376 | Mike Bunge |
| Address | City | State | Zip | Phone |
| 203 E Liberty | Mexico | MO | 65265 | 573-581-2381 |

| Bank Name | Account # | Contact |
|---|---|---|
| First National Bank | 617795 | Mike Bunge |
| Address | City | State | Zip | Phone |
| 203 E Liberty | Mexico | MO | 65265 | 573-581-2381 |

**EXHIBIT A**

01-25-99  15:09   MEXICO MED SPECIALISTS              ID=5735815397          P.03

3. CREDIT REFERENCES

| Company Name | OTN | Contact | | | |
|---|---|---|---|---|---|
| Address | | City | State | Zip | Phone |
| Company Name | | Contact | | | |
| Address | | City | State | Zip | Phone |

A copy of our terms and policies has been included for your signature. Please review, sign, and return the acknowledgment page along with this application.

## GENERAL PROVISIONS

This application and the information contained herein is a request for the extension of credit for commercial business use only and applicant certifies that the firm he represents is doing business as a Corporation ( ) Partnership ( ) or Sole Proprietorship ( ). Please check one. The applicant authorizes the above named creditor to obtain written or oral credit reports from any credit reporting agency. The applicant further authorizes any bank or commercial business with whom the applicant is doing or has done any business with to give any and all necessary information to the creditor which will assist creditor in the credit investigation. The applicant further authorizes the creditor to reinvestigate the applicants' credit status from time to time as the creditor deems necessary and should creditor upon such reinvestigation deem it necessary to limit or terminate this credit arrangement with applicant, said applicant shall be notified in writing as to any adverse action. Upon approval of this application for credit, said applicant will be notified in writing along with the creditor's terms of sale and should applicant at some future time deviate from the creditor's terms of sale, said creditor reserves the right to terminate future extension of credit with applicant.

If credit is extended, I (we) agree to pay Creditor all debts incurred within creditor's terms of sale. I (we) expressly waive all right of exemption under the constitution and laws of the State of Alabama and any other state, as to personal property and I (we) agree to pay all costs of collection or attempting to collect or secure any and all debts which I (we) now owe or which I (we) owe in the future owe creditors for goods sold to me (us) or for services rendered including a reasonable attorney's fee on the unpaid debt so long as any of said indebtedness is due and unpaid, and I consent and agree to the jurisdiction of the laws of the State of Alabama governing the collection of any and all debts. I also agree to pay a FINANCE CHARGE OF 1.5% PERCENT PER MONTH(ANNUAL PERCENTAGE OF 18%) on any unpaid past due balance. Creditor is hereby authorized to deliver goods or perform services for the following at my (our) request and charge same to my (our) account and this shall continue until written notice to the contrary is given and accepted, which acceptance shall be evidenced by signature of creditor.

Applicant's Signature: _Diane Hagdorn_       Title: _Practice Manager_

Applicant's Signature: _____        Title: _____

Please indicate the estimated monthly purchases from Oncology Supply Company (This will help us to determine the credit amount) _50,000_

Witness my (our) hand(s) this the _25_ day of _January_ 1999.

Witness _Courtney Mills_                      Date: _1-25-99_

ALL OF THE ABOVE INFORMATION IS FOR FILE PURPOSES ONLY AND WILL BE HELD IN STRICTEST CONFIDENCE.

For Office Use Only
Credit Limit: _75K_
Date Approved: _1-25-99_
Approved By: _GM_

2

## CONTRACT INFORMATION

If you have signed a contract with one of the following groups, we ask that you contact your representative at the number listed below and request that your contract be forwarded to Oncology Supply Company so we may service your account promptly and efficiently. It is important that we have your contract as soon as possible so we may be sure and have the correct pricing in our system for your account.

If you have one of the following contracts, please indicate in the boxes below.

- ☒ Amgen      Contact Alison Windrum    1-800-926-4369 ext. 74494
- ☐ Glaxo      Contact your representative or 1-800-445-2964
- ☐ Immunex    Contact Lisa Addicott    1-800-466-8639
- ☐ SKB        Contact your representative
- ☐ Other:     Please list the contract(s) below and call your representative:

_____

_____

_____

Thank you and welcome to Oncology Supply Company!

4

## ONCOLOGY SUPPLY COMPANY
POST OFFICE BOX 2001, DOTHAN, AL 36302. Tel: (800) 633-7555. Fax: (800) 248-8205

### APPLICATION FOR NEW ACCOUNT

The following is an application for credit with ONCOLOGY SUPPLY COMPANY. Also known as creditor within the general provisions of this application.

**1. COMPANY INFORMATION**

| Tax ID Number | Firm or Corp. Name |
|---|---|
| 43-1747697 | Mexico Medical Specialists, L.C. |

**Street Address:** 600 Medical Park Dr.

| P.O. Box | City | State | Zip |
|---|---|---|---|
|  | Mexico | MO | 65265 |

| Telephone Number | Fax Number | Year Established |
|---|---|---|
| 573-581-8500 | 573-581-5397 | 1996 |

| Is business incorporated? | If so, under laws of what state? |
|---|---|
| Yes L.C. | Missouri |

Billing Address (if different from above):

| City | State | Zip | Phone No. | Fax No. |
|---|---|---|---|---|
|  |  |  |  |  |

| Parent Company | Street Address |
|---|---|
| T.M.W., L.C. | 600 Medical Park Dr |

| P.O. Box | City | State | Zip |
|---|---|---|---|
|  | Mexico | MO | 65265 |

**Full Names of Officers, Partners and/or Proprietors:**

| Name | Title |
|---|---|
| N. Eugene Thomas, D.O. | Managing Partner |
| Shahid Waheed, M.D. | Partner |
| Mary E Mullen, M.D. | Partner |

Does your firm use purchase order numbers? Yes ☐ No ☒
Is your business a member of a GPO? Yes ☐ No ☒ If so, which GPO? _____

PLEASE FORWARD A COPY OF YOUR CURRENT PHYSICIAN STATE LICENSE AND YOUR CURRENT DEA REGISTRATION. COPIES MAY BE FAXED. FAILURE TO DO SO COULD DELAY SHIPPING OF ANY PENDING ORDERS. State Physicians' License #: M0103168   Exp. Date: 1-31-2000
DEA Form #: BN2917308   Exp. Date: 5-31-2000

**2. BANK REFERENCES**

| Bank Name | Account # | Contact |
|---|---|---|
| First National Bank | 018376 | Mike Bunge |
| Address | City | State | Zip | Phone |
| 203 E Liberty | Mexico | MO | 65265 | 573-581-2381 |
| Bank Name | Account # | Contact |
| First National Bank | 017795 | Mike Bunge |
| Address | City | State | Zip | Phone |
| 203 E Liberty | Mexico | MO | 65265 | 573-581-2381 |

1

EXHIBIT B

### 3. CREDIT REFERENCES

| Company Name | OTN | Contact | | | |
|---|---|---|---|---|---|
| Address | | City | State | Zip | Phone |
| Company Name | | Contact | | | |
| Address | | City | State | Zip | Phone |

A copy of our terms and policies has been included for your signature. Please review, sign, and return the acknowledgment page along with this application.

## GENERAL PROVISIONS

This application and the information contained herein is a request for the extension of credit for commercial business use only and applicant certifies that the firm he represents is doing business as a Corporation (X) Partnership ( ) or Sole Proprietorship ( ). Please check one. The applicant authorizes the above named creditor to obtain written or oral credit reports from any credit reporting agency. The applicant further authorizes any bank or commercial business with whom the applicant is doing or has done any business with to give any and all necessary information to the creditor which will assist creditor in the credit investigation. The applicant further authorizes the creditor to reinvestigate the applicants' credit status from time to time as the creditor deems necessary and should creditor upon such reinvestigation deem it necessary to limit or terminate the credit arrangement with applicant, said applicant shall be notified in writing as to any adverse action. Upon approval of this application for credit, said applicant will be notified in writing along with the creditor's terms of sale and should applicant at some future time deviate from the creditor's terms of sale, said creditor reserves the right to terminate future extension of credit with applicant.

If credit is extended, I (we) agree to pay Creditor all debts incurred within creditor's terms of sale. I (we) expressly waive all right of exemption under the constitution and laws of the State of Alabama and any other state, as to personal property and I (we) agree to pay all costs of collection or attempting to collect or secure any and all debts which I (we) now owe or which I (we) may in the future owe creditors for goods sold to me (us) or for services rendered including a reasonable attorney's fee on the unpaid debt so long as any of said indebtedness is due and unpaid, and I consent and agree to the jurisdiction of the laws of the State of Alabama governing the collection of any and all debts. I also agree to pay a FINANCE CHARGE OF 1.5% PERCENT PER MONTH/ANNUAL PERCENTAGE OF 18%) on any unpaid past due balance. Creditor is hereby authorized to deliver goods or perform services for the following at my (our) request and charge same to my (our) account and this shall continue until written notice to the contrary is given and accepted, which acceptance shall be evidenced by signature of creditor.

Applicant's Signature: _Diane Hagdorn_   Title: _Practice Manager_

Applicant's Signature: _____   Title: _____

Please indicate the estimated monthly purchases from Oncology Supply Company (This will help us to determine the credit amount) $50,000

Witness my (our) hand(s) this the 25 day of January, 1999.
Witness: _Courtney Mills_                Date: 1-25-99

ALL OF THE ABOVE INFORMATION IS FOR FILE PURPOSES ONLY AND WILL BE HELD IN STRICTEST CONFIDENCE.

| For Office Use Only | |
|---|---|
| Credit Limit: | 75K |
| Date Approved: | 1-25-99 |
| Approved By: | [signature] |

2

## CONTRACT INFORMATION

If you have signed a contract with one of the following groups, we ask that you contact your representative at the number listed below and request that your contract be forwarded to Oncology Supply Company so we may service your account promptly and efficiently. It is important that we have your contract as soon as possible so we may be sure and have the correct pricing in our system for your account.

If you have one of the following contracts, please indicate in the boxes below.

- ☒ Amgen     Contact Alison Windrum    1-800-926-4369 ext. 74494
- ☐ Glaxo     Contact your representative or 1-800-445-2964
- ☐ Immunex   Contact Lisa Addicott    1-800-466-8639
- ☐ SKB       Contact your representative
- ☐ Other:    Please list the contract(s) below and call your representative:

_____

_____

_____

_____

Thank you and welcome to Oncology Supply Company!

4

Jul-17-2000  01:49pm  From-MEXICO MEDICAL CENTER          5735815397          T-956  P.002/002  F-758

## ONCOLOGY SUPPLY COMPANY

### BEST PRACTICES
### CERTIFICATION AND REPRESENTATION
### AGREEMENT

---

CERTIFICATION AND REPRESENTATION AGREEMENT
BY HOSPITALS AND HEALTHCARE ENTITIES
TO ONCOLOGY SUPPLY COMPANY

---

IN ORDER FOR ONCOLOGY SUPPLY COMPANY (OSC) TO ACCEPT THE RETURN OF PRESCRIPTION DRUG PRODUCTS ("PRODUCTS"), THE UNDERSIGNED ("CUSTOMER") DOES HEREBY AND WILL, FOR THE TERM OF THIS AGREEMENT, CONTINUE TO REPRESENT, WARRANT, AGREE AND COVENANT TO OSC, WITH RESPECT TO ALL PRODUCTS TO BE RETURNED TO OSC FOR CREDIT ON AND AFTER THE DATE OF THIS CERTIFICATION AND REPRESENTATION AGREEMENT, THAT:

1. ALL PRODUCTS WERE PURCHASED FROM OSC BY CUSTOMER;
2. THE CREDIT AMOUNT CLAIMED BY CUSTOMER AND INDICATED ON THE CREDIT MEMORANDUM AND/OR IS NO GREATER THAN THE ACTUAL NET ACQUISITION PRICE PAID BY THE CUSTOMER FOR EACH PRODUCT;
3. CUSTOMER SHALL FILE ANY REPORT WHICH MUST BE PROVIDED TO THE PRODUCT MANUFACTURER, NOTIFYING SUCH MANUFACTURER OF THE PRODUCT TO OSC; AND
4. UNTIL PRODUCTS ARE RECEIVED BY OSC, ALL PRODUCTS HAVE BEEN PROPERLY STORED, HANDLED AND SHIPPED.

CUSTOMER WILL IMMEDIATELY INSTITUTE A SYSTEM TO ASSURE THAT ALL PRODUCTS RETURNED TO OSC COMPLY WITH THE FOUR REPRESENTATIONS AND COVENANTS SET FORTH ABOVE AND CUSTOMER WILL, FROM TIME TO TIME, AUDIT AND REVIEW SUCH SYSTEM TO VERIFY THAT ALL PRODUCTS RETURNED TO OSC COMPLY WITH THE FOUR REPRESENTATIONS AND COVENANTS SET FORTH ABOVE.

NO MODIFICATION OR TERMINATION OF THIS CERTIFICATION AND REPRESENTATION AGREEMENT, OR ANY PART THEREOF, SHALL BE VALID OR EFFECTIVE UNLESS AGREED TO AND ACCEPTED IN WRITING AND SIGNED BY AN OFFICER OF OSC.

DATE: 7/17/00                           CUSTOMER: Mexico Medical Spec

Act: 9163                               BY: [signature]

                                        TITLE: Rn

07-17-00   14:39                RECEIVED FROM:5735815397                P.02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE, INC., d/b/a )
ONCOLOGY SUPPLY COMPANY,              )
                                      )
            Plaintiff,                )
                                      )   Civil Action No: 1:07-CV-334-
                                      )   MEF
      v.                              )
                                      )
MEXICO MEDICAL SPECIALISTS, L.C.,     )
                                      )
            Defendant.                )

### AFFIDAVIT OF NORVIN EUGENE THOMAS, D.O.

COMES NOW, Norvin Eugene Thomas, D.O., and being duly sworn upon his oath, does hereby state the following:

1. I am a member of Mexico Medical Specialists, L.L.C. ("MMS"), the defendant in this action.

2. The other members of MMS are Mary Ellen Mullen, M.D., and Shahid Waheed, M.D. Shahid Waheed ("Waheed") is a disassociated member.

3. Mary Ellen Mullen, M.D. is an internal medicine physician who does not use, and has never used, any chemotherapy drugs, including any drugs or products provided by the plaintiff in this action.

4. I am pulmonologist/pulmonary specialist. I have never used any chemotherapy drugs, including any drugs or products provided by the plaintiff in this action.

5. Waheed, the disassociated member of MMS, who is now affiliated with, and practices at, the Audrain Medical Center in Mexico, Missouri, is an oncologist. He would have been the only member of MMS to use chemotherapy drugs, including any drugs or products provided by the plaintiff in this action.

6. Mexico, Missouri is a small town of approximately eleven thousand people, located

1



in central Missouri. MMS's patient base is located in Mexico, Missouri and the surrounding, and smaller, communities.

7. Plaintiff's complaint in this case appears to be premised on sales of chemotherapy drugs made pursuant to an Application on Account, which was attached to the complaint. No member of MMS signed this Application on Account. Rather, it was signed by an MMS office manager, who also resides in Mexico, Missouri.

8. We do not have an original copy of this Application on Account in our files. The copy attached to the complaint, and a copy later provided by the plaintiff, are both largely illegible.

9. No physician member of MMS recalls the terms of the Application on Account. Only Waheed would have been directly involved with it, in any event, and he no longer works at or is affiliated with MMS (except as a disassociated member).

10. MMS has no offices, physicians or employees anywhere other than Mexico, Missouri.

11. The records and accounts receivable of MMS are all located in Mexico, Missouri.

12. Any chemotherapy drugs that might be left to be returned to the plaintiff are in Mexico, Missouri, in the possession of Waheed.

13. I have not contracted with the plaintiff, nor has Mary Ellen Mullen. We have not used any of plaintiff's products, and have no contacts with the State of Alabama.

14. Travel to Alabama, and time spent away from my medical practice, would be extremely burdensome on me, but even more so on my patients and the patients of Mary Ellen Mullen, M.D., who has a small town internal medicine practice and also assists in staffing the local emergency room.

I affirm, under the penalties for perjury, that the foregoing representations are true and correct to the best of my knowledge, information and belief.

FURTHER, AFFIANT SAYETH NOT
Dated this 14th day of May, 2007.

Norvin Eugene Thomas, D.O.

2

State of Missouri            )
                             ) ss.
County of Audrain            )

    Subscribed and sworn to before me, a Notary Public in and for said county and state, this 14th day of May 2007.

[Notary Seal: AMY B. SWINEY, Notary Public - Notary Seal, STATE OF MISSOURI, Monroe County, My Commission Expires: March 11, 2011, Commission # 07023506]

_Amy Swiney_ Notary Public
Commissioned in Monroe County

My commission expires: March 11, 2011