IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 1:07cv344-MEF-SRW |
| | ) |
| MEXICO MEDICAL SPECIALISTS, L.C., | ) |
| | ) |
| DEFENDANT. | ) |

# **ORDER**

This cause is before the Court on the Motion to Make More Definite and Certain, and, in the Alternative, to Transfer Venue, and Suggestions in Support Thereof (Doc. # 4) filed on May 16, 2007 by Defendant Mexico Medical Specialists, L.C. ("Defendant"). The Court has reviewed Exhibit A to the Complaint and finds that parts of the document are illegible. For this reasons, the Court finds that the Defendant's motion, to the extent it is brought pursuant to Federal Rule of Civil Procedure 12(e) is due to be GRANTED. Accordingly, it is hereby ORDERED as follows:

(1) To the extent that Motion to Make More Definite and Certain, and, in the Alternative, to Transfer Venue, and Suggestions in Support Thereof (Doc. # 4) contains a motion for more definite statement, it is GRANTED.

(2) On or before **May 31, 2007,** Plaintiff shall file an Amended Complaint setting forth its claims with greater specificity and if such claims include incorporation of any exhibit by reference, Plaintiff shall provide to the Court and opposing counsel a clearly

legible copy of the exhibit.

(2) To the extent that Motion to Make More Definite and Certain, and, in the Alternative, to Transfer Venue, and Suggestions in Support Thereof (Doc. # 4) contains an alternative motion pursuant to 28 U.S.C. § 1404(a), it is DENIED without prejudice to allow a motion to be filed if necessary after Plaintiff files an Amended Complaint.

DONE this the 17th day of May, 2007.

                                          /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE