IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MEXICO MEDICAL SPECIALISTS, L.C.,<br><br>Defendant. | Civil Action No: 1:07-CV-334-MEF |

## MOTION TO DISMISS FOR IMPROPER VENUE, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE, AND SUGGESTIONS IN SUPPORT THEREOF

Defendant Mexico Medical Specialists, L.C. ("MMS") hereby moves the Court to dismiss this action for improper venue, or, in the alternative, to transfer venue in this case, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Eastern District of Missouri. As grounds for its motion, MMS states as follows:

1. Plaintiff's amended complaint (the "Complaint"), and all counts therein, are premised upon an Application for New Account (credit account application), which was appended to the Complaint as Exhibit A. A true and correct copy of this Application for New Account, as attached to the Complaint and served upon MMS, is attached to this Motion and incorporated herein by reference.

2. The Application for New Account does not contain a venue provision, although it does state that, by signing, one consents to the "jurisdiction of the laws of the State of Alabama." Notably, the Application for New Account was not signed by any member of MMS, a Missouri limited liability company, but rather by an office manager, as detailed in the attached Memorandum in Support of Defendant's Motion to Transfer Venue, which is incorporated herein by reference.

3.  If this case is not dismissed for improper venue, venue should be transferred to the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses, and because transfer would best serve the interests of justice.

4.  The grounds of this motion are fully set forth in Memorandum in Support of Defendant's Motion, which is incorporated herein by reference.

WHEREFORE, defendant Mexico Medical Specialists, L.C. prays the Court enter its order dismissing this case for improper venue, or, in the alternative, transferring venue to the United States District Court for the Eastern District of Missouri, and granting such other relief as the Court may deem just and proper.

RAMSEY, BAXLEY & McDOUGLE

By: /s/ Wade H. Baxley
    Wade H. Baxley    (BAX004)
    Attorneys for Defendant
    P. O. Drawer 1486
    Dothan, AL 36302
    (334) 793-6550

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2007, I have filed the above and foregoing electronically with the Clerk of the Court using the CM/ECF system and that notice of my filing of the same will be electronically served on:

Elizabeth B. Shirley, Esq. @ bshirely@burr.com; cdyer@burr.com

    /s/ Wade H. Baxley
    Of Counsel

# EXHIBIT A

# ONCOLOGY SUPPLY COMPANY

POST OFFICE BOX 2001 . DOTHAN, AL 36302 . Tel: (800) 633-7555 . Fax: (800) 248-8205

## APPLICATION FOR NEW ACCOUNT

The following is an application for credit with ONCOLOGY SUPPLY COMPANY. Also known as creditor within the general provisions of this application.

### 1. COMPANY INFORMATION

| Tax ID Number | Firm or Corp. Name |
|---|---|
| 43-1747697 | Mexico Medical Specialists, L.C. |

| Street Address |
|---|
| 600 Medical Park Dr. |

| P.O. Box | City | State | Zip |
|---|---|---|---|
| | Mexico | MO | 65265 |

| Telephone Number | Fax Number | Year Established |
|---|---|---|
| 573-581-8500 | 573-581-5397 | 1996 |

| Is business incorporated? | If so, under laws of what state? |
|---|---|
| Yes L.C. | Missouri |

Billing Address (If different from above):

| City | State | Zip | Phone No. | Fax No. |
|---|---|---|---|---|
| | | | | |

| Parent Company | Street Address |
|---|---|
| T.M.W., L.C. | 600 Medical Park Dr |

| P.O. Box | City | State | Zip |
|---|---|---|---|
| | Mexico | MO | 65265 |

| Full Names of Officers, Partners and/or Proprietors: | Title |
|---|---|
| N. Eugene Thomas, D.O. | Managing Partner |
| Shahid Waheed, M.D. | Partner |
| Mary E Mullen, M.D. | Partner |

Does your firm use purchase order numbers?  Yes ☐  No ☒
Is your business a member of a GPO?  Yes ☐  No ☒  If so, which GPO? _____

PLEASE FORWARD A COPY OF YOUR CURRENT PHYSICIAN STATE LICENSE AND YOUR CURRENT DEA REGISTRATION. COPIES MAY BE FAXED. FAILURE TO DO SO COULD DELAY SHIPPING OF ANY PENDING ORDERS. State Physicians' License #: MD103168    Exp. Date: 1-31-2000
DEA Form #: BW2917308    Exp. Date: 5-31-2000

### 2. BANK REFERENCES

| Bank Name | Account # | Contact |
|---|---|---|
| First National Bank | 018376 | Mike Bunge |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|
| 203 E Liberty | Mexico | MO | 65265 | 573-581-2381 |

| Bank Name | Account # | Contact |
|---|---|---|
| First National Bank | 017795 | Mike Bunge |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|
| 203 E Liberty | Mexico | MO | 65265 | 573-581-2381 |

1

3. CREDIT REFERENCES

# 31046

| Company Name | OTN | Contact | | | |
|---|---|---|---|---|---|
| Address | | City | State | Zip | Phone |
| Company Name | | Contact | | | |
| Address | | City | State | Zip | Phone |

A copy of our terms and policies has been included for your signature. Please review, sign, and return the acknowledgment page along with this application.

## GENERAL PROVISIONS

This application and the information contained herein is a request for the extension of credit for commercial business use only and applicant certifies that the firm he represents is doing business as a Corporation (X) Partnership ( ) or Sole Proprietorship ( ). Please check one. The applicant authorizes the above named creditor to obtain written or oral credit reports from any credit reporting agency. The applicant further authorizes any bank or commercial business with whom the applicant is doing or has done any business with to give any and all necessary information to the creditor which will assist creditor in the credit investigation. The applicant further authorizes the creditor to reinvestigate the applicants' credit status from time to time as the creditor deems necessary and should creditor upon such reinvestigation deem it necessary to limit or terminate the credit arrangement with applicant, said applicant shall be notified in writing as to any adverse action. Upon approval of this application for credit, said applicant will be notified in writing along with the creditor's terms of sale and should applicant at some future time deviate from the creditor's terms of sale, said creditor reserves the right to terminate future extension of credit with applicant.

If credit is extended, I (we) agree to pay Creditor all debts incurred within creditor's terms of sale.
I (we) expressly waive all right of exemption under the constitution and laws of the State of Alabama and any other state, as to personal property and I (we) agree to pay all costs of collection or attempting to collect or secure any and all debts which I (we) now owe or which I (we) may in the future owe creditors for goods sold to me (us) or for services rendered including a reasonable attorney's fee on the unpaid debt as long as any of said indebtedness is due and unpaid, and I consent and agree to the jurisdiction of the laws of the State of Alabama governing the collection of any and all debts. I also agree to pay a FINANCE CHARGE OF 1.5% PERCENT PER MONTH(ANNUAL PERCENTAGE OF 18%) on any unpaid past due balance. Creditor is hereby authorized to deliver goods or perform services for the following at my (our) request and charge same to my (our) account and this shall continue until written notice to the contrary is given and accepted, which acceptance shall be evidenced by signature of creditor.

Applicant's Signature: _Diane Hayden_   Title: _Practice Manager_

Applicant's Signature: _____   Title: _____

Please indicate the estimated monthly purchases from Oncology Supply Company (This will help us to determine the credit amount): $50,000

Witness my (our) hand(s) this the 25 day of January, 1999.

Witness: _Courtney Mills_   Date: 1-25-99

ALL OF THE ABOVE INFORMATION IS FOR FILE PURPOSES ONLY AND WILL BE HELD IN STRICTEST CONFIDENCE.

For Office Use Only
Credit Limit: 75K
Date Approved: 1-25-99
Approved By: _GM_

2

## CONTRACT INFORMATION

If you have signed a contract with one of the following groups, we ask that you contact your representative at the number listed below and request that your contract be forwarded to Oncology Supply Company so we may service your account promptly and efficiently. It is important that we have your contract as soon as possible so we may be sure and have the correct pricing in our system for your account.

If you have one of the following contracts, please indicate in the boxes below.

| | | | |
|---|---|---|---|
| ☒ | Amgen | Contact Alison Windrum | 1-800-926-4369 ext. 74494 |
| ☐ | Glaxo | Contact your representative or | 1-800-445-2964 |
| ☐ | Immunex | Contact Lisa Addicott | 1-800-466-8639 |
| ☐ | SKB | Contact your representative | |
| ☐ | Other: | Please list the contract(s) below and call your representative: | |

_____

_____

_____

Thank you and welcome to Oncology Supply Company!

4