IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARD, INC., )<br>d/b/a Oncology Supply Company, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>MEXICO MEDICAL SPECIALISTS, L.C., )<br>)<br>    Defendant. ) | CASE NO.1:07-cv-334-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss for Improper Venue, or, in the Alternative, to Transfer Venue (Doc. #8) filed on June 4, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before June 15, 2007 as to why the motion should not be granted.

DONE this the 6th day of June, 2007.

                                                /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE