IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>MEXICO MEDICAL SPECIALIST, L.C.,<br><br>        Defendants, | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:07-CV-334-MEF<br>)<br>)<br>)<br>) |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XXX   There are no entities to be reported.

          - or -

The following entities are hereby reported:

_____
_____
_____

                          RAMSEY, BAXLEY & McDOUGLE

                          /s/ Wade H. Baxley
                          Wade H. Baxley
                          Attorney for Defendant
                          P. O. Drawer 1486
                          Dothan, AL  36302
                          (334) 793-6550
                          whb@rbmlaw.org

Date:   June 6, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of June, 2007, I have filed the above and foregoing electronically with the Clerk of the Court using the CM/ECF system and that notice of said filing will be electronically served on following:

Elizabeth B. Shirley
bshirley@burr.com;
cdyer@burr.com
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

/s/ Wade H. Baxley