| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Tina M Bartlett*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>3 0 2007  4/26/57 |
| 1. Article Addressed to:<br><br>Mexico Medical Specialists, L.C.<br>c/o Louis J. Leonatti<br>Leonatti & Baker<br>123 East Jackson Street<br>Mexico, MO 65265-0758 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>*P. O Box 758*<br>*07cv334 S. C. + Corp. Disel.* |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |

2. Article Number
(Transfer from service label)  7006 2150 0003 5455 1709

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

7006 2150 0003 5455 1709