IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a )<br>ONCOLOGY SUPPLY COMPANY )<br>2801 Horace Shepard Drive, )<br>Dothan, Alabama 36303, )<br>                                         )<br>         **Plaintiff,** )<br>    v.                                   )<br>                                         )<br>MEXICO MEDICAL SPECIALISTS, L.C. )<br>600 Medical Park Drive                  )<br>Mexico, Missouri 65265, )<br>                                         )<br>         **Defendant.** ) | CASE NO.: 1:07cv334-MEF-SRW |

**JOINT MOTION TO CONTINUE DEADLINE TO FILE RULE 26(f) REPORT**

**COME NOW** the Parties to the above-styled action, and jointly move the Court to continue by two (2) weeks the Parties' deadline to file the Rule 26(f) report containing the discovery plan. In support, the Parties state as follows:

1. On September 21, 2007, the Court ordered that the Parties' Rule 26(f) report containing the discovery plan shall be filed no later than October 19, 2007.

2. The Parties have been actively engaged in settlement discussions. Due to their on-going settlement efforts, the Parties jointly request that the Court continue the deadline to file the Rule 26(f) report by two (2) weeks, or until November 2, 2007.

3. The Parties' request is in furtherance of their settlement efforts and not for any improper purpose.

**WHEREFORE**, the Parties jointly request that the deadline to file the Rule 26(f) report containing the discovery plan be continued from October 19, 2007 until **November 2, 2007**.

This the 18th day of October, 2007.

**AGREED TO BY:**

| | |
|---|---|
| s/ Elizabeth B. Shirley<br>Burr & Forman, LLP<br>3100 Wachovia Tower<br>420 North 20th Street<br>Birmingham, Alabama 35203<br><br>Attorney for Plaintiff | s/ Wade H. Baxley<br>Ramsey, Baxley & McDougle<br>P.O. Drawer 1486<br>Dothan, Alabama 36302<br><br>Attorney for Defendant |