IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> MEXICO MEDICAL SPECIALISTS, L.C., ) <br> ) <br>     Defendant. ) | CASE NO. 1:07-cv-334-MEF |

## **O R D E R**

Upon consideration of the Joint Motion to Continue Deadline to File Rule 26(f) Report (Doc. #18) filed on October 18, 2007, it is hereby

ORDERED that the motion is GRANTED to and including November 2, 2007.

DONE this 23rd day of October, 2007.

                                                /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE