IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY, | * * * |
| PLAINTIFF, | * * |
| VS. | * * |
| MEXICO MEDICAL SPECIALISTS, L.C., | *   CASE NO.: 1:07-cv-334-MEF * |
| DEFENDANT. | * |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now the Plaintiff and the Defendant, in the above styled cause, by and through their respective attorneys of record, and make known unto this Honorable Court that Plaintiff and Defendant have reached a complete settlement in regard to all claims and disputes herein and the parties hereby stipulate and agree that this Court may dismiss Plaintiff's Complaint filed in said cause, with prejudice, with each party to pay its own costs.

This the 1st day of November, 2007.

BURR & FORMAN                                    RAMSEY, BAXLEY & McDOUGLE

By: /s/ Elizabeth B. Shirley                     By: /s/ Wade H. Baxley
    Elizabeth B. Shirley                             Wade H. Baxley
    Attorneys for Plaintiff                          Attorneys for Defendant
    3100 Wachovia Tower                              P. O. Drawer 1486
    420 North 20th Street                       Dothan, AL  36302
    Birmingham, AL  35203