IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY )<br>)<br>)<br>Plaintiff,                                    )<br>)<br>v.                                                          )   CASE NO. 1:07-cv-334-MEF<br>)<br>MEXICO MEDICAL SPECIALISTS, L.C.,  )<br>)<br>Defendant.                                    ) | |

## **ORDER**

This matter is before the Court on the "Joint Stipulation for Dismissal with Prejudice" (Doc. # 20), filed November 1, 2007. However, the stipulation fails to comply with CM/ECF Civil Administrative Procedure II.C.3, which states:

> In the case of a stipulation or other document to be signed by two or more persons, the following procedure should be used:
>
> Documents requiring signatures of more than one party shall be filed either by submitting *a scanned document containing all necessary signatures or by certifying within the document that all parties have agreed*.

CM/ECF Civil Administrative Procedure II.C.3, *available at* http://www.almd.uscourts.gov/cmecf/pubs/CivilAdminProc050207.pdf (emphasis added).

Here, counsel for Defendant has electronically filed a joint stipulation of dismissal which must be signed by counsel for each party. The document bears multiple electronic signatures, but fails to include a certification that all parties have agreed to have their name electronically signed. Because this fails to comport with the requirements of CM/ECF Civil

Administrative Procedure II.C.3, it is ORDERED that:

(1) "Joint Stipulation for Dismissal with Prejudice" (Doc. # 20), filed November 1, 2007 is DENIED, with leave to refile;

(2) On or before **November 9, 2007**, counsel shall file a Joint Stipulation of Dismissal that complies with CM/ECF Civil Administrative Procedure II.C.3.

DONE this the 5th day of November, 2007.

                                                    /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE