IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY, <br><br> PLAINTIFF, <br><br> VS. <br><br> MEXICO MEDICAL SPECIALISTS, L.C., <br><br> DEFENDANT. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> *    CASE NO.: 1:07-cv-334-MEF <br> * <br> * |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now the Plaintiff and the Defendant, in the above styled cause, by and through their respective attorneys of record, and make known unto this Honorable Court that Plaintiff and Defendant have reached a complete settlement in regard to all claims and disputes herein and the parties hereby stipulate and agree that this Court may dismiss Plaintiff's Complaint filed in said cause, with prejudice, with each party to pay its own costs.

IT IS HEREBY CERTIFIED THAT ALL PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD AS SET FORTH BELOW, HAVE AGREED TO THE FILING OF THIS JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE VIA ELECTRONIC SIGNATURES.

This the 5th day of November, 2007.

| BURR & FORMAN | RAMSEY, BAXLEY & McDOUGLE |
|---|---|
| By: _s/ Elizabeth B. Shirley_ <br>     Elizabeth B. Shirley <br>     Attorneys for Plaintiff <br>     3100 Wachovia Tower <br>     420 North 20th Street <br>     Birmingham, AL 35203 | By: _s/ Wade H. Baxley_ <br>     Wade H. Baxley <br>     Attorneys for Defendant <br>     P. O. Drawer 1486 <br>     Dothan, AL 36302 |